UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANDRA WALKER,

        Plaintiff,

vs.                        Case No.   2:04-cv-637-FtM-33SPC

USA; U.S. DEPARTMENT OF VETERANS
AFFAIRS; PMT CORPORATION; WESTCOAST
BRACE & LIMB, INC.,

        Defendants.

_____

## ORDER

This matter comes before the Court on Notice of Settlement Between Plaintiff and United States of America Only (Doc. #19) filed on May 10, 2005.  The Notice states that the parties have resolved the above styled matter and anticipate filing final settlement documents or a motion to drop the United States as a party under the terms of Local Rule 3.08.

    Accordingly, it is hereby

    **ORDERED, ADJUDGED,** and **DECREED**:

That this cause be and the same is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **SIXTY** days of the date hereof, to submit a stipulated form of final order or judgment, or submit a motion dropping the United States as a party, or request an extension of time, should they so choose or for any party to move to reopen the action, *upon good cause being shown*.  After that SIXTY day period, however, without further

order, this dismissal shall be deemed *with prejudice*. The Clerk is directed to terminate any previously scheduled deadlines and pending motions as to Defendant United States of American Only, and administratively close the case as to Defendant United States of American only pending further Order. This case remains pending as to Defendants PMT Corporation and Westcoast Brace & Limb, Inc.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Notice of Settlement Between Plaintiff and United States of America Only (Doc. #19) is

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 11th day of May, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record